IN RE APPLICATION OF HAYES.

[Cite as *In re Application of Hayes* (1998), 81 Ohio St.3d 88.]

(No. 97–407—Submitted December 2, 1997—Decided February 18, 1998.)

*Warren Rosman* and *Robert Archibald,* for the Cleveland and Cuyahoga County Bar Associations.

*Michael E. Banta,* for applicant.

**Per Curiam.** We have thoroughly reviewed the record. The findings of fact, conclusions, and recommendation of the board have ample support, and we hereby adopt them. Applicant is unfit to practice law, and his application to register as a candidate for admission to the bar of Ohio is disapproved. Applicant is never to be admitted to the practice of law in Ohio.

*Judgment accordingly.*

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.